First Department. December 3, 1909.) Action by the Featherstone Foundry Company against the New York Breweries Company. A. Benedict, for appellant. N. A. Stancliffe, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FELCIN, Appellant, v. SOCIETY OF NEW YORK HOSPITAL, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by John Felcin against the Society of the New York Hospital. T. J. O'Neill, for appellant. W. M. Powell, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs. Order filed.

FIRST NAT. BANK OF BREWSTERS v. SHERWOOD et al. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by the First National Bank of Brewsters against Wesley W. Sherwood and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re FITZGERALD. (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of Thos. W. Fitzgerald. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FLAGLER, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Lizzie Flagler, as administratrix, etc., against the Boston & Maine Railroad. No opinion. Motion denied.

FLYNN, Respondent, v. NEW YORK TAXICAB CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Anna A. Flynn against the New York Taxicab Company. J. B. Ker, for appellant. F. F. Davis, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FORSCHIRM v. MERCHANTS' & TRADERS' BANK. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by F. Forschirm against the Merchants' & Traders' Bank. No opinion. Motion for stay granted. Settle order on notice.

FOX, Respondent, v. LENNON, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Frances Fox against James D. Lennon, individually, etc. J. Rowan, for appellant. F. N. Donoghue, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FRANK v. BERNARD. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Leo Frank against William Bernard. No opinion. Motion granted. Settle order on notice.

FULTON BAG & COTTON MILLS, Respondent, v. ALLISON et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by the Fulton Bag & Cotton Mills against G. Fred Allison and another. H. J. Hemmens, for appellants. A. I. Elkus, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FUNK & WAGNALLS CO. v. OPOLINSKY. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by the Funk & Wagnalls Company against Samuel Opolinsky. Judgment for plaintiff, and defendant appeals. Affirmed. John H. Regan, for appellant. Louis Sachs (Bernhard H. Levy, of counsel), for respondent.

PER CURIAM. The trial justice was right in his conclusion that the defense attempted to be made out was insufficient. The written contract which the defendant signed expressly provided that it was unconditional, except as noted therein, and was not subject to cancellation by the defendant, and could not be modified or affected by any agreement with the solicitor. It is doubtful if the defense sought to be proved would have been permissible under the terms of the contract in any event; but this point need not be determined, because the evidence did not show either a condition precedent to the taking effect of the contract, or a mutual mistake, or a mistake on the defendant's part and fraud on the part of the plaintiff, or any misrepresentation on the part of the plaintiff, through its solicitor or otherwise. The judgment should be affirmed, with costs.

GARDNER, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Bridget A. Gardner, as administratrix, etc., of Joseph P. Gardner, deceased, against the Schenectady Railway Company.

PER CURIAM. Order granting extra allowance reversed, and judgment modified, by deducting therefrom the amount of said extra allowance, and, as so modified, said judgment and order denying a new trial affirmed, with costs. See, also, 128 App. Div. 12, 112 N. Y. Supp. 369. SMITH, P. J., not voting, he having participated in the consideration of the case, under rule 10 of the rules of the department, although not present at the oral argument.

In re GARTLAND. (Supreme Court. Appellate Division, First Department. December 3, 1909.) In the matter of Sarah Gartland, deceased. No opinion. Decree (60 Misc. Rep. 31, 112 N. Y. Supp. 718) affirmed, with costs to respondents, payable out of the estate. Order filed.

GAUSMANN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme